UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LUNA,<br><br>    Petitioner,<br><br>    v.<br><br>P. VASQUEZ, Warden,<br><br>    Respondent. | 1:05-CV-1228 REC DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #11) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 7, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated:   March 21, 2006                    /s/ Dennis L. Beck
ah0l4d                                     UNITED STATES MAGISTRATE JUDGE