IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LUNA,<br><br>           Petitioner,<br><br>      vs.<br><br>P. VASQUEZ,<br><br>           Respondent.<br>_____/ | 1:05-cv-01228-LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #24)<br><br>(30)THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 25, 2008, petitioner filed a motion to extend time to file objections to findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendation.


IT IS SO ORDERED.

Dated:    **April 4, 2008**            _____**/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE