1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE LUIS LUNA,                          1:05-cv-01228-LJO-DLB (HC)

12             Petitioner,                    ORDER GRANTING PETITIONER'S
                                              SECOND MOTION FOR EXTENSION OF
13        vs.                                 TIME TO FILE OBJECTIONS TO
                                              FINDINGS AND RECOMMENDATIONS
14   P VASQUEZ, Warden,
                                              (DOCUMENT #26)
15             Respondent.
                                              THIRTY DAY DEADLINE
16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion to extend time to file objections to

19   findings and recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file

22   objections to findings and recommendations.

23

24        IT IS SO ORDERED.

25     Dated:   **May 12, 2008**          _____/s/ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28