UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LUNA,<br><br>        Petitioner,<br><br>   v.<br><br>P. VASQUEZ, Warden,<br><br>        Respondent.<br>_____/ | CV F   05-1228 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT<br><br>[Doc. 18] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On October 12, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days passed and no party has filed objections.[1]  Accordingly, on December 20, 2007, the Findings and Recommendation was adopted in full, and judgment was entered in favor of Respondent. (Court Docs. 20, 21.)

      On January 25, 2008, Petitioner filed a notice indicating that he never received a copy of the Findings and Recommendation.  (Court Doc. 22.)  Based on Petitioner's contention, the

---

[1] In fact, on October 18, 2007, the Findings and Recommendation was returned to the court as undeliverable. (Court Doc. 19.)  Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address.  Absent such notice, service of documents at the prior address of record of the party is effective service.  Local Rule 83-182(f).

1

Court vacated the Order adopting the Findings and Recommendation and entry of judgment, and granted Petitioner thirty (30) days to file objections. (Court Doc. 23.)

On March 25, 2008 and May 5, 2008, Petitioner filed motions for an extension of time. (Court Docs. 24, 26.) Both motions were granted, the last of which occurred on May 12, 2008, and granted Petitioner thirty (30) days. (Court Doc. 27.) The thirty day period of time has expired and Petitioner did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 12, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and,
3. The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   July 1, 2008**                             /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE